837 A.2d 459

**Harold C. STERNLICHT, Petitioner**

v.

**Lauri Davidson STERNLICHT, Respondent.**

Supreme Court of Pennsylvania.

Dec. 2, 2003.

500

## *ORDER*

PER CURIAM.

**AND NOW,** this 2 day of December 2003, the Petition for Allowance of Appeal is hereby **GRANTED** to address the issue of whether the Pennsylvania Uniform Transfers to Minors Act, 20 Pa.C.S. § 5301–10, supersedes the common law requirement that donative intent must exist in order to have a valid, completed *inter vivos* gift.